# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987) |
| CARMIE ELMORE, JR. | Case Number: DNCW594CR000036-003<br>USM Number: 11609-058 |
| | Emily Marroquin<br>Defendant's Attorney |

**THE DEFENDANT:**

 X   admitted guilt to violation of condition(s) 2, 3, 4, 5 & 6 of the term of supervision.
 ___ Was found in violation of condition(s) count(s) ___ After denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following violations(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 2 | New law violation | 10/17/07 |
| 3 | New law violation | 04/26/08 |
| 4 | Unauthorized travel | 02/26/05 |
| 5 | Failure to maintain lawful employment | 07/16/08 |
| 6 | Failure to report contact with law enforcement officer | 02/26/05 |

The Defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, United States v. Booker, 125 S.Ct. 738 (2005), and 18 U.S.C. § 3553(a).

 X   Violation Number 1 is dismissed on the motion of the United States.

**IT IS ORDERED** that the Defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay monetary penalties, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: October 8, 2008

Signed: October 17, 2008

Richard L. Voorhees
United States District Judge

**IMPRISONMENT**

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of <u>TWO (2) MONTHS</u>.

**NO RESIDUAL SUPERVISED RELEASE**

<u>X</u> The Court makes the following recommendations to the Bureau of Prisons:

That defendant be designated to a facility as close to Shelby, NC, as possible.

___ The Defendant is remanded to the custody of the United States Marshal.

___ The Defendant shall surrender to the United States Marshal for this District:

    ___ As notified by the United States Marshal.

    ___ At___ a.m. / p.m. on ___.

<u>X</u> The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    <u>X</u> As notified by the United States Marshal.

    ___ Before 2 p.m. on ___.

    ___ As notified by the Probation Office.

**RETURN**

I have executed this Judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this Judgment.

_____  
United States Marshal

By: _____  
Deputy Marshal